## STATE OF FLORIDA v BILLIE
### Case No. 89-234-AC
Eleventh Judicial Circuit, Dade County

December 5, 1990

## APPEARANCES OF COUNSEL

**Robert A. Butterworth,** Attorney General, and **Jorge Espinosa,** Assistant Attorney General, for appellant.

**Law Offices of Maria Brea Lipinski and John H. Lipinski,** for appellee.

Before NADLER, FULLER, KAHN, JJ.

## OPINION OF THE COURT

PER CURIAM.

A motion for discharge was granted for failure to bring the defendant/appellee to trial timely pursuant to Florida Rule of Criminal Procedure 3.191.

We reverse because a defense requested continuance was improperly

charged to the State [Rule 3.191(d)(3)]. See *State v Brown,* 527 So.2d 209 (Fla. 3 DCA 1988).

Because we have reversed for the reasons set forth above, we need not address the other point raised in this appeal.

Reversed and remanded for further proceedings.